UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:03-CR-00534-PMP-RJJ |
| ) | |
| v. ) | |
| ) | |
| MICHAEL A. CERNAK, ) | O R D E R |
| ) | |
| Defendant. ) | |
| ) | |

On July 10, 2006, the Honorable Robert J. Johnston entered a Report and Recommendation (#66) recommending the denial of Defendant's Motion to Suppress (#56). Objections were filed by Defendant (#70) on July 14, 2006, pursuant to LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, to which the Government responded (#71) also on July 14, 2006.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and LR IB 3-2 and determines that Magistrate Judge Johnston's Report and Recommendation entered July 10, 2006 should be affirmed.

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Johnston entered July 10, 2006 (#66) is affirmed, Defendant Cernak's Objections are overruled and Defendant's to Suppress (#56) is denied.

DATED: July 20, 2006

_____
PHILIP M. PRO
Chief United States District Judge