# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:03-CR-00534-PMP-RJJ |
| | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| MICHAEL CERNAK, | ) | |
| Defendant. | ) | |

**IT IS ORDERED that** Plaintiff United States shall file a Response on or before **July 28, 2010**, to Defendant Cernak's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #124), filed on May 17, 2010.

DATED: June 29, 2010.

_____
PHILIP M. PRO
United States District Judge