UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:03-cr-534-KJD-RJJ |
| vs. | ) |
| MICHAEL ANTHONY CERNAK, | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#92) on December 11, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

Name of Payee: Bank of America
Amount of Restitution: $39,020.00

Name of Payee: Bank of Nevada
Amount of Restitution: $13,200.00

Name of Payee: FDIC Restitution Payments
Amount of Restitution: $80,000.00

Total Amount of Restitution Ordered: $132,220.00

Dated this 3rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE