UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 16 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ANTHONY CERNAK, | No.   16-72035 |
| Applicant, | D.C. No. 2:03-cr-534-PMP-RJJ District of Nevada, Las Vegas |
| v. | |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

Before:     GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C.

§ 2255 motion makes a prima facie showing for relief under *Johnson v. United*

*States*, 135 S. Ct. 2551 (2015).  The application is granted.  *See Welch v. United*

*States*, 136 S. Ct. 1257, 1264-68 (2016) (*Johnson* announced a new substantive

rule that has retroactive effect in cases on collateral review).

The district court is authorized to proceed with the identical section 2255

motion, protectively filed in case number 2:03-cr-534-PMP-RJJ, on June 23, 2016.

The motion shall be deemed filed in the district court on June 23, 2016, the date

the application was filed in this court.  *See Orona v. United States*, 826 F.3d 1196

(9th Cir. 2016).

The Clerk shall serve this order and the application directly on the chambers

of the Honorable Kent J. Dawson.

No further filings will be entertained in this case.

2