# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-00534-KJD-RJJ |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL ANTHONY CERNAK, | |
| Defendant. | |

Presently before the Court is Government's Motion for Leave to File New Authority (#144/147). Also, before the Court is Defendant's Motion to Stay (#148).

The Court hereby orders that Petitioner file a Supplemental Brief in Support of his § 2255 motion which shall be filed no later than October 25, 2019, the Government's Supplemental Brief shall be filed no later than November 8, 2019. Petitioner may file a reply within seven days, but only if it directly addresses the Government's arguments (mere reiteration of previous arguments is unnecessary). Further both briefs should squarely address the issue of which prong Defendant was convicted or sentenced under. Finally, Motions (#144/147/148) are **DENIED without prejudice as moot.**

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

_____
Kent J. Dawson
United States District Judge