# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL ANTHONY CERNAK, <br> Defendant. | Case No. 2:03-cr-00534-KJD-RJJ <br><br> ORDER |

Presently before the Court is Defendant's Motion to Unfreeze Funds in Prison Account (#152). The Government filed Notice (#157) that it did not oppose the motion. Accordingly, the Motion to Unfreeze is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of the Court send a copy of this Order to the "Prison Business Office":

    Mrs. Williams / A.W.
    Business Office
    Yazoo City Low
    P.O. Box 5666
    Yazoo City, MS 39194

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

                                            _____
                                            Kent J. Dawson
                                            United States District Judge