# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

MICHAEL ANTHONY CERNAK

          Defendant.

JUDGMENT

Case Number: 2:03-cr-00534-KJD

(Related case: 2:17-cv-00762-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

as Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 was Denied, Judgment is entered for the United States. This matter is now closed. Petitioner is DENIED a Certificate of Appealability.

3/31/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D Smith  
Deputy Clerk