RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org

Attorney for Michael Cernak

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America, | Case No. 2:03-cr-534-KJD-RJJ |
| Plaintiff, | **Stipulation to Continue Supplement Deadline to Motion for Compassionate Release** |
| v. | |
| Michael Anthony Cernak, | |
| Defendant. | **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America, and Assistant Federal Public Defender Amy B. Cleary, counsel for Michael Anthony Cernak, that the due date for Mr. Cernak's Supplement to Motion for Compassionate Release (ECF No. 172), be extended from March 2, 2022, until April 25, 2022.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel has confirmed Mr. Cernak was the victim of sexual assault by a Bureau of Prisons (BOP) correction officer who was then federally convicted for the crime under 18 U.S.C. § 2243(b)—Sexual abuse of a ward. *See United States v. Jack Chris Jackson*, Case No. 11-20630-CR-LENARD (S.D. Fla); Department of Justice Press Release, *U.S. Bureau of Prison Employee Pleads Guilty in Florida to Sexual Abuse of a Ward*, Dec. 20, 2011 (updated Aug. 24, 2015), https://www.justice.gov/opa/pr/us-bureau-prisons-employee-pleads-guilty-florida-sexual-abuse-ward.  However, government counsel will not assist undersigned counsel in obtaining BOP records for the crime and subsequent investigation.  Undersigned counsel therefore needs more time to investigate this crime and obtain whatever documentation may be accessible to provide to the Court.

2. The parties agree to the requested continuance.

3. Undersigned counsel has still not been able to arrange a confidential legal call with Mr. Cernak.

4. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

This is the second request for a continuance of the supplement deadline.

DATED February 28, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By *s/ Amy B. Cleary*<br>AMY B. CLEARY<br>Assistant Federal Public Defender | By *s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America, | Case No. 2:03-cr-534-KJD-RJJ |
| Plaintiff, | ORDER |
| v. | |
| Michael Anthony Cernak, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 25, 2022, and the Government will have 14 days from the day the Supplement is filed, to file a response.

DATED this 28th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

3