UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Anthony Cernak,<br><br>    Defendant. | Case No. 2:03-cr-534-KJD-RJJ<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to June 9, 2022, and the Government will have 14 days from the day the Supplement is filed, to file a response.

DATED this 20th day of April, 2022.

_____

UNITED STATES DISTRICT JUDGE