RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Amy_Cleary@fd.org

Attorney for Michael Cernak

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br><br>       Plaintiff,<br><br>       v.<br><br>Michael Anthony Cernak,<br><br>       Defendant. | Case No. 2:03-cr-534-KJD-RJJ<br><br>**Stipulation to Continue Supplement Deadline to Motion for Compassionate Release**<br><br>**(Fourth Request)** |

   IT IS HEREBY STIPULATED AND AGREED, between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America, and Assistant Federal Public Defender Amy B. Cleary, counsel for Michael Anthony Cernak, that the due date for Mr. Cernak's Supplement to Motion for Compassionate Release (ECF No. 172), be extended approximately 30 days from June 9, 2022 to July 11, 2022.

   This Stipulation is entered into for the following reasons:

1. Undersigned counsel confirmed Mr. Cernak was the victim of sexual assault by a Bureau of Prisons (BOP) correction officer who was then federally convicted for the crime under 18 U.S.C. § 2243(b)—Sexual abuse of a ward. *See*

*United States v. Jack Chris Jackson*, Case No. 11-20630-CR-LENARD (S.D. Fla); Department of Justice Press Release, *U.S. Bureau of Prison Employee Pleads Guilty in Florida to Sexual Abuse of a Ward*, Dec. 20, 2011 (updated Aug. 24, 2015), https://www.justice.gov/opa/pr/us-bureau-prisons-employee-pleads-guilty-florida-sexual-abuse-ward.

2. Undersigned counsel, at the request of local government counsel and government counsel who prosecuted defendant Jack Chris Jackson issued two *Touhy* requests pursuant to 28 C.F.R. § 1621 *et seq.* seeking information to provide to the Court regarding Mr. Cernak's victimization. One request was directed to the Department of Justice (DOJ) and one was directed to the Federal Bureau of Investigation (FBI). Undersigned counsel received the DOJ's response over the last few months, but the FBI's just produced its *Touhy* response on June 1, 2022.

3. Further, as undersigned counsel has advised, the BOP facility in which Mr. Cernak is incarcerated, Yazoo City Low FCI, previously refused to permit Mr. Cernak to speak to the undersigned in a confidential legal call. *See* ECF No. 177, p. 2. After unsuccessfully trying to resolve this issue with Yazoo City's warden, ECF No. 77, p. 2, it was therefore necessary for undersigned counsel to repeatedly communicate with the BOP's regional counsel to request assistance in facilitating a confidential legal call.

4. Today, June 2, 2022, Mr. Cernak has finally been scheduled to have a legal call with undersigned counsel, with the call scheduled to take place next week. However, it is unclear if all the issues concerning this sensitive matter will be able to be accomplished in a single phone call with Mr. Cernak to allow preparation of his supplemental response to his motion for compassionate

release, especially given the disclosures that have been made by the DOJ and FBI.

5. Additional time is therefore necessary for undersigned counsel to prepare the supplement to his pro se motion for compassionate release so counsel may speak confidentially with him next week and schedule any additional confidential legal calls that may be necessary.

4. The parties agree to the requested continuance.

5. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

This is the fourth request for a continuance of the supplement deadline.

DATED June 2, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By *s/ Amy B. Cleary*  
AMY B. CLEARY  
Assistant Federal Public Defender

By *s/ Elizabeth O. White*  
ELIZABETH O. WHITE  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael Anthony Cernak,<br><br>　　　　Defendant. | Case No. 2:03-cr-534-KJD-RJJ<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to July 11, 2022, and the Government will have 14 days from the day the Supplement is filed, to file a response.

　　　DATED this 3rd day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE