JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
Tel: 775-784-5438
elizabeth.o.white@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-534-KJD-RJJ |
| Plaintiff, | **Stipulation to Extend Time for Government's Response to Defendant's Motion for an Order Reducing Sentence or Modifying Judgment** |
| vs. | |
| MICHAEL ANTHONY CERNAK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Assistant Federal Public Defender Amy Cleary, counsel for Michael Anthony Cernak, that the government's response to Mr. Cernak's Supplement to Motion to Modify or Reduce Imprisonment Term under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 181) be extended to and including July 25, 2022.

This stipulation is entered into for the following reasons:

    1.    Mr. Cernak filed his supplement to his motion on June 30, 2022. ECF No. 181.

2. Pursuant to the parties' stipulation, *see* ECF No. 180, the government's response is due on July 14, 2022—14 days after the supplement was filed.

3. Government counsel handling this matter had anticipated the supplement would be filed on July 11, the due date in the parties' last stipulation, and that her response would then be due July 25. Government counsel was on annual leave from June 29 to July 7, and will be out of the office the week of July 11, and will not be able to turn her attention to this motion until she returns to the office on July 18. Government counsel believes she will need additional time, to and including July 25, 2022, to review the motion and prepare and file the government's response.

4. Mr. Cernak's counsel consents to this extension of time.

DATED this 8th day of July, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: *s/ Amy Cleary*<br>AMY CLEARY<br>Assistant Federal Public Defender<br>*Counsel for Michael Anthony Cernak* | By: *s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney<br>*Counsel for the United States* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:03-cr-534-KJD-RJJ |
| Plaintiff, | ) | |
| | ) | **(Proposed)** |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL ANTHONY CERNAK, | ) | |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Supplement to Motion to Modify or Reduce Imprisonment Term under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 181) be due on July 25, 2022.

DATED this 11th of July, 2022.

_____
UNITED STATES DISTRICT JUDGE